**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>TORRIO SANDERS,<br><br>Defendant - Appellee. | No. 13-10434<br><br>D.C. No. 4:12-cr-00042-CW-1<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Northern District of California
Claudia Wilken, Chief District Judge, Presiding

Argued and Submitted September 12, 2014
San Francisco, California

Before: SCHROEDER and W. FLETCHER, Circuit Judges, and CURIEL, District Judge.[**]

The government appeals from the dismissal of an indictment charging

Appellee Torrio Sanders as a felon in possession of a firearm in violation of 18

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The Honorable Gonzalo P. Curiel, United States District Judge for the Southern District of California, sitting by designation.

U.S.C. § 922(g)(1). After an extended colloquy with counsel that traced the history of the matter, the district court found there had been a constitutional violation. Under the appropriate legal standard, the court made the requisite findings. There was no clear error.

The appellee's motion to expand record and/or request for judicial notice is denied as moot.

**AFFIRMED**.